UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JOSEPH,

    Plaintiff,

  v.

TARGET CORPORATION, et al.,

    Defendants.

No. 2:12-cv-1962-KJM-EFB

ORDER

      On May 30, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within seven days.  No objections were filed.

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

      1. The Findings and Recommendations filed May 30, 2014, are ADOPTED; and

      2. The December 21, 2012 Status (Pretrial Scheduling) Order is modified to allow defendant until June 30, 2014 to comply with the magistrate judge's May 30 order and to permit plaintiff to conduct additional discovery concerning his MAX notes, medical file, and workers' compensation records.  All other dates remain as set by the Pretrial Scheduling Order.

DATED:  June 10, 2014.

_____
UNITED STATES DISTRICT JUDGE