Tim Joseph Investigation

Rodrigo- INB B1 TM (Making Complaint on 7/22/10)
- Working INB ART area on 7/15/10 around 3:15 pm on a lift
- Involved in an interaction with Tim Joseph where Tim was "yelling" at him to help on the ART line
- Rodrigo felt like he was in a very uncomfortable and in an unnecessary situation- end result he felt humiliated that Tim would yell at him in front of his peers
- Rodrigo claims that Tim used the "F" word at the end of their conversation/yelling- "F" no, come here now"!

Nacho- INB B1 TM (Witness)
- Was working with Tim on the processing line (3-5 ft away from Tim).
- Was aware that Tim was frustrated by Rodrigo working on the lift the majority of the day.
- Was witness to Tim yelling at Rodrigo- "Get off that lift and help us out".
- At the end of our conversation, Nacho said that "Tim did step out of line.  If I were in Rodrigo's shoes it wouldn't be right either".
- He didn't hear the "F" word.

Tim- INB B1 TM
- Tim admits to "unnecessarily getting loud" and ultimately admitted to yelling at Rodrigo
- He says that he shouldn't have yelled at him but was worried about the ART line and just wanted Rodrigo to help out.
- When asked why he yelled:
  - Tim says that he gets loud at people when he wants them to do something.  That is what he does when he coaches boy's football.
  - He said that he was sorry for what has happened.
- Didn't admit to using the "F" word.


I told Tim at the end of our conversation that I was going to look into this situation further and discussed two themes: confidentiality and our no retaliation policy.  Tim said that he knew it would result in his termination because he was on a Final Warning.  I told Tim that that was possible but that I needed to do some partnering and would reach out to him soon.

- Investigation
  - Reasons

- Witness Statements
- Improper Conduct Policy.
- TM handbook - at Corporate.
- Tim's explination

His actions Contributed to a negative
work environment. Tim's actions

2

Rodrigo Fajardo.                    7/22/10

Last Thursday. Thurs 7/15/10. Wrapping
up day. 3:00 something. Pallets had
been built - On RC lift - Stage
pallets. Tim & Nacho working
together. on desk. ART line B.
Tim fixing jam. Nacho fixing printer
Lucy & Mario - throwing.

Boxes on conveny. Tim & N. probably
dried label. Rodrigo doing toggle

Tim yelling, hey come here - on top on
his lung.

- I'll try & finish this & I'll help you
out.

1- No, come here new, Come here right new

2- This won't take long then I'll help you

(He was angry) mad -

- Fuck no, come here right new.

R- could you show some respect so I can
T- Can you please help me please   respect you
                                    3

His face - forceful yelling - very
uncomfortable. Shaking.

Felt humiliated. Why scream @
the top of his lung - unnecessary.

Nacho closest -
Maybe Lucy.

Handle boxes - Clear area.

Nacho could have helped him.

Not the first time this has happened - to
Other people. 1st to Rodrigo → yelled at.

11 yrs - @ Target - first he's had to talk
to GL about Co-workers. It's team
effort. Especially the F word - yells
top of lung mad.

Shocked and humiliated. He was so
Mad. Knows Nacho noticed.

Relationship w/ Tim - we get along
normal. Didn't see this coming
at all.

4

Tim apologized to Rodrigo yesterday.
I knew I am wrong about it yelling. I
didn't say the "F" word.

Rodrigo said I heard it.

Tim tried to not admit it. why Said no

Rodrigo Said again that he clearly heard
it.

~~Today~~
Tim tried to talk to him after lunch
day.

T- What do you want now?
R- What do you mean?
T- The Situation we had.
R- All I want there's no more yelling.
Not necessary.
T- I'm for Sure - not do that again to
you.

Told Joe the next day 7/16/10. in
morning. 1st break.

Talk to Tim on Tuesday.

5

Palazzo - unnecessary - only wants respect.
He didn't have to yell - just show respect

1st time her complaining about co-workers.
So extreme - so humiliated at that time -
F word - used it once.

6

Nacho. Gonzalez                    July 22, 2010
                July 15th
Rodrigo - was on lift moving pallets
Nacho & Tim on processing line.

Tim said Rodrigo to Nacho - "Rodrigo's
always on lift he doesn't help
us."

Nacho - the lift movement needed to
be done.

Nacho guessed Tim was frustrated.

last 15 min @ end of shift.

Processing line was full.

Tim was yelling - get off of lift &
help us out.

- Yelled & demanded.

- Rodrigo didn't like that.

- Rodrigo said respect is earned when
respect is gained.

7

3-5 ft away on other side on processing line.

T- I know your always on the lgt. help us (ont.

Rod - I'm trying to do my part.

T- We aren't there for a part.

>Tim was yelling - deep voice "Just get on the lift". Was arding Rodrigo to do Something.

Friday 7/16/10 - Nacho / Rodrigo.
Rodrigo couldn't understand Why Tim would act that way since his accident better outlook on life. Not in tone of voice.

Lucy & Mario in trailer wouldn't have heard.

Relationship Tim / Rodrigo - normal.

Nacho - Couldn't Caters if profanity was used.

Tim did step out of line. If I was in Rodrigo's shoes it wouldn't be right

You can tell he's mad — yelling — voice higher. Can hear the difference.

9

Tim Joseph.                           July 22, 2010
Thursday, July 15th, 2010 end of the
day. Joey, Nacho, Rodrigo - had Confrontation
w/ Printing out labels -

Rodrigo's on the lift. 6

T- We don't need you on the lift. Help
clear the line. Only need to clean
the line.

T- Will admit he unnecessarily got loud.

"- U need to move pallets.

T- I Understand we need the line cleaned

Tim Said he was yelling had earplugs
in ears. He didn't approach him -
Said he didn't curse at him.

Rodrigo came to help out. Tim realized
he got unnecessarily loud.

Rodrigo talking but he was quiet -
Tim just nodded.

10

Yesterday-
- Tim told him he didn't appologied

Today.
- When I got canned away because
Rodrigo said he doesn't like being
yelled at.

Didn't say anything out of context - did
yell. Shouldn't have yelled - warried
about the line. Just wanted Rodrigo
to help out.

Gets loud when he wants people to get
things done. Has coached football.

Tim is sorry about it - never had a
confrentation w/ him about it.

Didn't want it to happen but it did
happen. Nermally got along well.

11

# EXHIBIT R

 



TARGET.

## INVOLUNTARY TERMINATION NOTIFICATION

Last Name `J o s e p h`      Team Member # `1 4 1 5 2 7 4 8`

First Name `T i m o t h y`      MI `☐`    Location # `0 5 5 5`

### TO ENSURE YOU RECEIVE TIMELY TAX INFORMATION, PLEASE PROVIDE YOUR CURRENT ADDRESS:

Address `P O  B o x  7 5 8`

City `D a v i s`     State `C A`    Zip Code `9 5 6 1 6`

### FOR HUMAN RESOURCES USE ONLY

REASON FOR TERMINATION: _Not Our Brand Interaction —_
_Yelling at TM._

TERM REASON CODE: _noo_

(If you need additional clarification on reason codes, please consult the process pages).

EFFECTIVE DATE: _7/28/10_      ACTUAL LAST DAY WORKED: _7/27/10_

DOCUMENT # (Check, Advice, or Voucher #): _81860767_

### SIGNATURES

HUMAN RESOURCES SIGNATURE _____ DATE _____

RECOMMENDED BY _____ DATE _07/27/2010_

APPROVED BY _____ DATE _7/27/10_

### PLEASE FORWARD THIS FORM TO TMSC

F4811.03 (Rev. 4/05)                                                 JTERM

# EXHIBIT S

TARGET.

**Target Distribution Attendance Tracking**
**Individual Performance Culture Detail (PCD) Including Performance Notes and Corrective Actions**

Period: Custom 06/01/09 - 08/01/10

Run Time: 08/03/10  10:48 AM
Data Last Refreshed: 08/03/10

Page: 1

**Missed Time Details:**

| Last Name | First Name | Employee Number | Type | Time Code | Class | DOH | Day | Date of Occ | Hours Missed | Daily Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Joseph | Timothy | 0014152748 | Accountable | ABS | RG | 04/19/95 | WED | 07/28/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Accountable | ABS | RG | 04/19/95 | THU | 07/29/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Accountable | ABS | RG | 04/19/95 | THU | 07/30/10 | 10.00 | |
| | | | | **Total: ABS** | | | | | **30.00** | |
| Joseph | Timothy | 0014152748 | Accountable | ABS_ILL_FAM | RG | 04/19/95 | THU | 07/09/09 | 7.42 | daughter to hosp appt |
| Joseph | Timothy | 0014152748 | Accountable | ABS_ILL_FAM | RG | 04/19/95 | THU | 08/20/09 | 10.00 | wife is sick, will stay with her |
| | | | | **Total: ABS_ILL_FAM** | | | | | **17.42** | |
| Joseph | Timothy | 0014152748 | Accountable | ABS_ILL_SELF | RG | 04/19/95 | TUE | 11/10/09 | 10.00 | not feeling too good |
| Joseph | Timothy | 0014152748 | Accountable | ABS_ILL_SELF | RG | 04/19/95 | WED | 04/21/10 | 10.00 | called off not feeling well |
| Joseph | Timothy | 0014152748 | Accountable | ABS_ILL_SELF | RG | 04/19/95 | FRI | 05/14/10 | 10.00 | No email from TL&D-changed code to abs |
| | | | | **Total: ABS_ILL_SELF** | | | | | **30.00** | |
| Joseph | Timothy | 0014152748 | Accountable | ABS_NCNS | RG | 04/19/95 | SUN | 03/14/10 | 5.00 | NCNS |
| | | | | **Total: ABS_NCNS** | | | | | **5.00** | |
| Joseph | Timothy | 0014152748 | Accountable | ABS_OTH | RG | 04/19/95 | FRI | 07/03/09 | 1.88 | forgot to set alarm clock |
| Joseph | Timothy | 0014152748 | Accountable | ABS_OTH | RG | 04/19/95 | FRI | 07/24/09 | 5.00 | Had to go to a meeting |
| Joseph | Timothy | 0014152748 | Accountable | ABS_OTH | RG | 04/19/95 | FRI | 08/21/09 | 10.00 | won't be in |
| Joseph | Timothy | 0014152748 | Accountable | ABS_OTH | RG | 04/19/95 | FRI | 08/28/09 | 10.00 | will not be in |
| Joseph | Timothy | 0014152748 | Accountable | ABS_OTH | RG | 04/19/95 | TUE | 09/15/09 | 10.00 | I won't be able to make it in |
| Joseph | Timothy | 0014152748 | Accountable | ABS_OTH | RG | 04/19/95 | FRI | 03/26/10 | 10.00 | Called in that his back hurts |
| Joseph | Timothy | 0014152748 | Accountable | ABS_OTH | RG | 04/19/95 | FRI | 04/09/10 | 2.28 | LE, had to take daughter to get hair done |
| | | | | **Total: ABS_OTH** | | | | | **49.17** | |
| Joseph | Timothy | 0014152748 | Accountable | LES | RG | 04/19/95 | FRI | 06/26/09 | 5.00 | not feeling well |
| | | | | **Total: LES** | | | | | **5.00** | |
| Joseph | Timothy | 0014152748 | Accountable | OUT_EARLY | RG | 04/19/95 | FRI | 05/21/10 | 2.50 | Dr's Appt |
| | | | | **Total: OUT_EARLY** | | | | | **2.50** | |
| | | | | **Total: Accountable** | | | | | **139.09** | |
| Joseph | Timothy | 0014152748 | Non-Accountable | FIS | RG | 04/19/95 | TUE | 06/08/10 | 10.00 | FMLA |
| Joseph | Timothy | 0014152748 | Non-Accountable | FIS | RG | 04/19/95 | THU | 06/10/10 | 10.00 | FMLA |
| Joseph | Timothy | 0014152748 | Non-Accountable | FIS | RG | 04/19/95 | FRI | 07/16/10 | 10.00 | FMLA |
| Joseph | Timothy | 0014152748 | Non-Accountable | FIS | RG | 04/19/95 | TUE | 07/20/10 | 10.00 | FMLA |
| Joseph | Timothy | 0014152748 | Non-Accountable | FIS | RG | 04/19/95 | FRI | 07/23/10 | 10.00 | reported FMLA hours to TL&D |
| | | | | **Total: FIS** | | | | | **50.00** | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | WED | 11/17/09 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | WED | 11/18/09 | 10.00 | |
| | | | | **Total:** | | | | | | |

© TARGET.

**Target Distribution Attendance Tracking Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions**

Period: Custom 06/01/09 - 08/01/10

Missed Time Details

| Last Name | First Name | Employee Number | Type | Time Code | Class | DOH | Day | Date of Occ | Hours Missed | Daily Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Joseph | Timothy | 00141527-48 | Non-Accountable | RG | RG | 04/19/95 | THU | 11/19/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | RG | RG | 04/19/95 | FRI | 11/20/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | RG | RG | 04/19/95 | TUE | 11/24/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | RG | RG | 04/19/95 | WED | 11/25/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | RG | RG | 04/19/95 | THU | 11/26/09 | 10.00 | LOA |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 12/01/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 12/02/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 12/03/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 12/04/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 12/08/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 12/09/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 12/10/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 12/11/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 12/15/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 12/16/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 12/17/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 12/22/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 12/23/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 12/24/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 12/29/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 12/30/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 12/31/09 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 01/01/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 01/05/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 01/06/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 01/07/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 01/08/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 01/12/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 01/13/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 01/14/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 01/15/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 01/19/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 01/20/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | THU | 01/21/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 01/22/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 01/26/10 | 10.00 | |
| Joseph | Timothy | 00141527-48 | Non-Accountable | LOA | RG | 04/19/95 | WED | 01/27/10 | 10.00 | |

2

**TARGET.**

Period: Custom 06/01/09 - 08/01/10

Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions

Target Distribution Attendance Tracking

### Missed Time Details

| Last Name | First Name | Employee Number | Type | Time Code | Class | DOH | Day | Date of Occ | Hours Missed | Daily Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | THU | 01/28/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 01/29/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 02/02/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | WED | 02/03/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | THU | 02/04/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 02/05/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 02/09/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | WED | 02/10/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | THU | 02/11/10 | 10.00 | LOA |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 02/12/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 02/16/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | WED | 02/17/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | THU | 02/18/10 | 10.00 | |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 02/19/10 | 10.00 | LOA |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | TUE | 02/23/10 | 10.00 | LOA |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | WED | 02/24/10 | 10.00 | LOA |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | THU | 02/25/10 | 10.00 | LOA |
| Joseph | Timothy | 0014152748 | Non-Accountable | LOA | RG | 04/19/95 | FRI | 02/26/10 | 10.00 | LOA |
| | | | | **Total: LOA** | | | | | **580.00** | |
| Joseph | Timothy | 0014152748 | Non-Accountable | NS | RG | 04/19/95 | FRI | 11/27/09 | 10.00 | LOA |
| | | | | **Total: NS** | | | | | **10.00** | |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | THU | 06/11/09 | 10.00 | 10 hrs vac |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | WED | 07/15/09 | 10.00 | VAC |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | THU | 07/16/09 | 10.00 | 10 hrs vac |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | FRI | 07/17/09 | 10.00 | 10 hr vac |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | TUE | 08/11/09 | 4.93 | 4.93 |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | THU | 09/03/09 | 1.00 | 1 hr vac |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | THU | 09/10/09 | 2.00 | 2 hrs vac |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | FRI | 10/02/09 | 2.00 | 2 hrs VAC |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | TUE | 04/20/10 | 5.00 | 5 hr vac |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | THU | 04/22/10 | 10.00 | 10 vac |
| Joseph | Timothy | 0014152748 | Non-Accountable | SCH VAC | RG | 04/19/95 | FRI | 04/23/10 | 10.00 | 10 vac |
| | | | | **Total: SCH VAC** | | | | | **74.93** | |
| Joseph | Timothy | 0014152748 | Non-Accountable | UAT | RG | 04/19/95 | FRI | 06/26/09 | 0.47 | not feeling well |
| Joseph | Timothy | 0014152748 | Non-Accountable | UAT | RG | 04/19/95 | FRI | 07/10/09 | 0.50 | FD 5 hrs |
| Joseph | Timothy | 0014152748 | Non-Accountable | UAT | RG | 04/19/95 | TUE | 04/20/10 | 0.50 | 5 hr vac |

3

◎ TARGET.

Target Distribution Attendance Tracking
Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions

Period: Custom 06/01/09 - 08/01/10

Missed Time Details

| Last Name | First Name | Employee Number | Type | Time Code | Class | DOH | Day | Date of Occ | Hours Missed | Daily Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total: | UAT | | | | 1.47 | |
| Joseph | Timothy | 001415Z748 | Non-Accountable | VLE | RG | 04/19/95 | FRI | 06/05/09 | 5.40 | FD 5 hrs |
| Joseph | Timothy | 001415Z748 | Non-Accountable | VLE | RG | 04/19/95 | FRI | 07/10/09 | 5.00 | FD 5 hrs |
| Joseph | Timothy | 001415Z748 | Non-Accountable | VLE | RG | 04/19/95 | WED | 04/28/10 | 10.42 | VLE at door |
| Joseph | Timothy | 001415Z748 | Non-Accountable | VLE | RG | 04/19/95 | TUE | 06/01/10 | 6.10 | VLE |
| Joseph | Timothy | 001415Z748 | Non-Accountable | VLE | RG | 04/19/95 | WED | 06/16/10 | 2.80 | VLE |
| | | | | Total: | VLE | | | | 29.72 | |
| Joseph | Timothy | 001415Z748 | Non-Accountable | VNS | RG | 04/19/95 | WED | 06/23/10 | 10.00 | Pre-App'd FD |
| | | | | Total: | VNS | | | | 10.00 | |
| | | | | Total: Non-Accountable | | | | | 755.12 | |
| Total: | Joseph, Timothy | | | | | | | | 895.20 | |

4

**TARGET.**

**Target Distribution Attendance Tracking**
**Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions**

Period: Custom 06/01/09 - 08/01/10

## Performance Notes

| Date | Perf Note Code | Note |
|------|------|------|
| 06/02/2009 | PNN | Today I observed Tim sitting on the ART extendoveyor during ART downtime due to mezz conveyor congestion. The North trunk line was down all shift and caused numerous repetitive ART stoppages. When I had a STU with Tim he indicated that ART was stopped and he was sitting there watching the FaceOps UI work on the fan. I explained to Tim that it is not safe to sit on equipment because it could startup at anytime. Tim indicated that when he sits on the extendoveyor he doesn't sit back far enough to sit on the moveable belt. I reminded Tim that its not ok to sit on the extendoveyors for safety reasons. He indicated he understood by saying "Alright." |
| 06/04/2009 | PNN | Just before lunch I observed Tim riding a chariot from the front admin area back toward the receiving dock. Tim is certified on a stand-up chariot as an ERT but I had not heard an ERT call. In the afternoon Sonya and I had a STU with Tim and asked if he had been driving a chariot. Tim indicated he drove the chariot from front to see the nurse due to the debris in his eye. I reminded him that he was certified on the chariot for ERT calls not for general transportation. He said it was an ERT call for him. I indicated that he was the ERT patient not a responder and asked him should he have been operating a chariot when he had something in his eye? He said he was operating a lift so why shouldn't he operate a chariot. I asked him if he would be using a lift if his vision was not 100%. He said he didn't feel his vision was affecting his ability to drive safely. I then reminded Tim that the chariots for ERT TM are for responding for ERT calls. He indicated that in the past it was ok for certified TMs to use chariots as long as the GLs were not in the packet office expecting to use them. I told Tim that in the future he needs to request permission to use a chariot for any reason other than an ERT call. He said OK. |
| 06/04/2009 | PNN | TM began receiving at start of shift at door 414. TM turned on fan and trailer light. TM walked into trailer and began moving cartons and dust and debris began to get blown around. TM closed his eyes for approximately 1 minute to let dust settle then opened eyes. TM worked for approximately 45-50 minutes with an increasing sense of irritation. TM then went to bathroom and flushed eye with cold water. His eye felt better so TM returned to work in his trailer. TM continued to experience irritation and made repeated trips to the bathroom to flush his eye every 15 to 30 minutes for a total of approximately 4 or 5 times. TM then contacted an IB GL at approximately 9:30am indicating the issue and need to go see the nurse. The onsite MedCor nurse addressed the situation and took action to care for this TM. After returning to work after lunch the TM again began to feel additional irritation. When I approached the TM to conduct the follow-up safety huddle with the TM I indicated he wanted to see the nurse again since the irritation was continuing. TM went to see the nurse a second time and sent out for treatment. |
| 06/16/2009 | PNN | Today I observed Tim from a distance heading to the West dock after second break even though he had been sent to depal for the second half of the shift. I went to depal and spoke to the GL and Depal POC to ask which two TMs from IB had been working in depal after lunch. The depal POC indicated Tim J and another TM. Tim was not there yet and I let the GL know that I had seen him going to the West dock so was wondering if he had traded with another TM without notifying Sonya or myself. As I was talking the Depal GL Tim walked up to start working at 3:26 and I asked him were he had been. He indicated he was cleaning dog food off his west dock lift at the request of the other TM who had been using it since he came to depal. I thanked him for cleaning his lift but reminded him that he had been following the clean as you go method then he wouldn't have had to return to the west dock causing him to be 10 mins late getting back to work. He said he didn't realize the lift needed to be cleaned otherwise he would have done so. |
| 06/17/2009 | PNN | Today Tim's slip lift was observed with a spilled dog kibble on the slip forks. Another TM working the west dock had driven the lift from the west dock over to the main admin/break room area for second break. I left a note on the lift requesting "Please clean dog food off forks ASAP." I followed up with Tim later in the afternoon asking why he hadn't cleaned up his lift when he left the west dock to go to depal after lunch. Tim indicated he didn't realize the kibble was there. I asked him if he remembered handling torn bags earlier in the shift and he said no. I reminded him of the clean as you go method and reminded him to pay closer attention to cleaning up spills when they happen including any equipment in use at the time. He said he would. |
| 07/31/2009 | PNN | This afternoon I received some feedback on Tim from one of the B1 trailers. Yesterday (6/16) when Tim was working on the B1 trailers working on the West dock during the first half of the shift, he mis-labeled several pallets of freight. During the second half of the shift Tim was sent OOD to help in Depal and another TM (another B1 trainer) took over the trailer. Tim was working. The TM couldn't understand why he had so many overages and requested the TOD to come help research the problem. They determined that Tim had placed several single CF labels on complete pallets of freight as if they were PIPO Flow labels/pallets. I received this feedback. Just before our 2:30pm update meeting and did not have time to follow-up with Tim before the end of the shift. I will have a STU conversation with Tim the next time I see him. Just after lunch, I noticed Tim moving a full pallet of CF freight from the Fast Flow doors to depal. I stopped Tim and asked him what he was doing. He informed me |

5



# TARGET.

Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions

Target Distribution Attendance Tracking

Performance Notes

Period: Custom 06/01/09 - 08/01/10

| Date | Perf Note Code | Note |
|---|---|---|
| 09/16/2009 | PNN | I was talking to Tim in ART when he pulled out his gatorade and took a drink. I let him know that he needed to remove that from the floor because it was not allowed on the dock. He asked when that rule started. I let him know that the rule was in place for as long as I had been employed with Target and told him that I knew that he knew this was a rule. He said he had been told that gatorade and water were allowed on the floor because gatorade was basically water. I told Tim that gatorade had a lot of sugar in it, and if spilled, could easily damage freight. He told me that gatorade did not contain sugar. I specified that it did, then showed him on a label of a gatorade bottle that had been refilled with water that sugar was a main ingredient in gatorade. I asked him to take the gatorade off the floor and nothing it back. He removed the gatorade and said he understood. |
| 09/17/2009 | PNN | Today, I conducted a STU with Tim in regards to his RTP, AFP and annual performance. I expressed to Tim that he was a needs improvement on his RTP for Safety, Quality, and Reliability. I shared with Tim that he was observed drinking Gatorade while working in ART. He also placed reserved cartons in the cage incorrectly, and had 59 accts hrs out for the AFP cycle and 127 hrs out for the year. Additionally, I expressed to Tim for the AFP cycle he was a needs improvement on Safety, Quality, Productivity, and Reliability. Tim's Productivity for the AFP cycle is 86%. On Quality, Tim expressed that he has been getting crappy trailers on the MD for the past few weeks. I then expressed to him that his MD productivity for the year was 95%, but since Jan 80%. I relayed to Tim all of his documentation notes and level set what the expectations are going forward. I informed Tim that I would be submitting a Corrective Action on his Quality. Tim expressed that he would work hard from now on. |
| 10/13/2009 | PNP | Today, at start-up I recognized Tim and presented him with a GTC for supporting Relay for Life this past weekend. |
| 10/15/2009 | PNP | Today at start-up I recognized Tim and presented him with a GTC for enhancing our Brand appearance. Tim was observed sweeping in front of the fast flow doors. |
| 10/15/2009 | PNN | At 7:45 AM, I noticed that 12 pallets of Conveyable Flow freight was staged in the Fast Flow Zone, in front of door 428. I tested the carton weight to see if the cartons were too heavy to go up the conveyor, the cartons were not heavy. I researched the labels and Tim Joseph was the receiver who labeled and staged the pallets. After break, I spoke to Tim and asked him if he staged the pallets, he stated that he did. I told Tim if items were light enough to throw, they had to go up the conveyor. Tim stated that he was under the impression that we wanted to move as much freight as possible and it was ok to stage in this situation. I again told him that the cartons must be thrown and that the conveyor at 429 was not being used. Tim stated that he understood. |
| 10/21/2009 | CNN | Today, at 5 am start-up I was passing out GTC to three TMs from the day before. When I went to present Tim Js GTC I observed that his eyes was shut. Tim was not aware of my presence so I went back to the podium to complete start-up. Several minutes late while TMs were doing door sign-ups Tim approached me and asked was I presenting him with a GTC. I explained that I was but that he was asleep. I gave Tim his GTC. Approx around 6:25 Tim approached me again to relay to me that he was not sleep but resting his eyes. I communicated to Tim that I was perceived that he was sleep at start-up and therefore missing critical information. I also added that this might be the very reason why he was unable to answer the HQ team questions the previous day in regards to what our 2009 Building Focus Items were that we briefed that morning and again at lunch. |
| 10/28/2009 | PNN | Today, I conducted a STU with Tim after he reported to start-up late for the second half. Tim expressed that he was cleaning up on the W. Dock because he knew he had to cover ART 2nd half causing him to go to lunch late. I asked Tim what time did he clock out for lunch and he expressed 9:57. I informed him that I would check his actual lunch punches. I also expressed that since he knew that he was covering ART had he used the CAYGO he would not have had to go to lunch late. I reminded Tim that we are monitoring his behaviors and that he needs to ensure he is meeting all of them everyday. |
| 03/24/2010 | PNN | Today, one of Tim s peers in ART set 2 approached me to remind Tim that he can not stay on the equipment for the entire shift and that he too had to help on the process line and unload trailers. I observed Tim and confirmed that he was remaining on the equipment while his peers were manually moving freight. Debbie and I conducted a STU. I expressed to Tim that he needs to help with the process line, unload trailers, and change positions with his peers on the set so that they can change positions with him. Tim nodded his head in agreement. I then asked Tim how he thought FFO was going. Tim expressed that Target says he has to do it so he is just going to do it. I asked were there any feedback that he could share to help improve FFO behaviors. Tim expressed he used to give feedback and now he is |





**TARGET.**

Period: Custom 06/01/09 - 08/01/10

Performance Notes

# Target Distribution Attendance Tracking
## Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions

| Date | Perf Note Code | Note |
|---|---|---|
| 03/25/2010 | CNN | Today, at approx. 2:00 pm at ART line 2 Tim approached Lance and I asked how much time does a TM have to report a safety incident to a supervisor. I expressed to Tim immediately. Tim wanted to know how much time is that. I expressed immediately and informed him as soon as he sees a GL. Tim then went on to relay that this morning he dropped a chef pallet on his toe. Tim did not answer the question but referenced that TMs are fearful of reporting incidents because they feel they will get a CA. I relayed to he chose to report it now. Tim did not answer the question but referenced that TMs are fearful of reporting incidents because they feel they will get a CA. I relayed to Tim that the reporting of an incident could lead to a CA and that every safety incident does not incur a CA. I ended the conversation that we conduct safety to huddles to determine if a TM has displayed unsafe behaviors that could lead to a CA. I reminded Tim that going forward he needs to report the incidents as soon as he sees a GL. |
| 03/26/2010 | PNN | Sonya and I were at the ART desk when the chimes for first break went off. We observed Tim coming back to ART after the chimes on an Art bike. He walked over and grabbed his stuff from ART line 4 and headed down to the break room. Shortly after break, Sonya and I were walking across the travel aisle next to ART, when we observed Tim riding away from ART on an ART bike. We had an STU with Tim and told him what we had observed. He told us he was having stomach issues that caused him to leave his work area more often today. He mentioned that the did not do this everyday. Sonya asked how he was doing and he responded fine. She asked how his team was doing and he responded, fine. Tim returned to work. |
| 03/30/2010 | PNN | Today, Debbie and I followed up with Tim to discuss his late reporting of the incident since he did not report to work last Friday 3/26/10. Tim discussed that if it had been a major issue then he would have reported it. I relayed to Tim that the GLs through a safety huddle determine whether or not a incident is major or minor and that he needs to report the incident immediately regardless to protect himself from further or delayed injury. We had to repeat the expectation three times to make sure Tim was clear before we let him return to his work area. |
| 04/01/2010 | PNN | Today I gave Tim feedback regarding his performance in MBP from yesterday. I told Tim we had received feedback that he was observed ten minutes after first break talking to a warehousing team member outside of the MBP restroom. I told Tim we had also received feedback from the peers he was feeding with that he was slow to return for breaks and would be out of his work area for extended periods of time. I told Tim we had given him extra support to keep his lines fed and that he needs to make sure he is returning from breaks in a timely manner in order to fully contribute to the team. I also explained to him when he is feeding and out of the work area, his packers line is go dry and in return they are unable to reach the expectation. I told Tim he needs to think about how his performance impacts the team. I asked Tim if he had any questions and he said that it was all a lie. He said he always returns from breaks in a timely manner and he isn't used to feeding so he did get behind but was feeding the best he could. I told Tim we didn't mind giving him extra support to get caught up while he reaches the expectation in terms of this feeding performance but it is unacceptable for him to be returning from breaks late and being out of his work area as it negatively impacts his performance as well as the packers. |
| 04/13/2010 | PNN | Today, on ART Line 3 Doron (ESS) was observing the ART Line and noticed Tim placing opened cartons on the conveyor. I approached Tim and asked him what was the expectation when cartons are opened. Tim responded with we send them up like that Like always. I re-set the expectation with Tim and informed him that he needs to make sure the cartons are sealed or taped to keep freight inside the carton before sending them up the ART spiral. Tim expressed he had not tape. I needs to make sure the cartons are sealed or taped to keep freight inside the carton before sending them up the ART spiral. Tim expressed he had not tape. I immediately looked at the ART station that was 2 ft from Tim and handed him the ART tape so that he could tape the remaining cartons. Tim taped the cartons and shook his head. |
| 04/29/2010 | PNN | Today, Tim approached Lance (Inbound GL) to let him know that he had bumped his elbow and it had swelled up. Lance immediately sent him to the nurse to get checked out. Tim returned to the ART desk after lunch and handed me his work restrictions. I completed the EIR with Tim, told him we would be conducting an incident review later in the shift, and sent him to the Facility Operations group leader to assign him work within his restrictions. During the incident review I asked Tim to describe to the group what had happened this morning. Tim told us that he was working the processing line on ART line 4 and was building a pallet. There was a medium pallet of freight to the left of Tim sitting on top of two other pallets. Tim was building a pallet next to the medium pallet on the right of him. Tim grabbed three cartons next to each other at one time and turned to place the cartons on the pallet to the right of him, when he bent down to place the cartons down on the pallet, he |



# TARGET. Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions

## Target Distribution Attendance Tracking Performance Notes and Corrective Actions

Period: Custom 06/01/09 - 08/01/10

### Performance Notes

| Date | Perf Note Code | Note |
|---|---|---|
| 05/07/2010 | PNN | brushed his elbow on the cartons on the medium pallet. Tim said he did not feel the pain but noticed later that he felt like there was something under his shirt sleeve, when he looked to see what it was, he noticed that his elbow had swelled up. Mark (nurse) asked if it was standard for the team members to pick up that many cartons at a time. The safety partner team member responded to Mark that as long as the cartons were light enough, they should be picking up more than one at a time to be more efficient. Tim agreed with the safety partner. I asked Tim is there were any obstacles in his way and he responded no, that there was nothing different from any other day. I asked Tim what advice he might give to a peer, so that this type of incident or injury did not occur again. Tim responded that he had been thinking about that because he knew we would ask. He said that he could not think of anything he would do differently or that he would advice another person to do. He said that it just happened. The safety team member suggested that sometimes the pallets got placed to close together and that could have caused the injury. Tim said that was not the case and again responded that he did not know what he could have done to avoid it. Christina (Inbound SGL) reminded Tim that the purpose of the incident review was to find out the cause of the incident to avoid it from happening to anyone else. She told Tim that she wanted everyone to be able to leave work in the same condition that they came i |
| 05/13/2010 | PNN | Today Tim was returned to full duty after injuring his elbow last week. During the first half of the day I approach Tim while he was working in the FF area of the clock and asked how he was doing and how his elbow felt. He said he feels a little every now and then but its ok. I told him I was glad it wasn't a serious injury and reminded him to be safe. He said he would. I further reminded Tim to pay attention to his surroundings so he's aware of not only whats going on around him but where obstacles are located so he came make sure to avoid them. He laughed and said I know. I will do better at paying attention and not bumping into things. |
| 05/19/2010 | PNN | I was working in Art scheduling appointments when I heard Tim yell out another team members name I looked up and observed Tim standing on the outside of the proceing line. I watched as Tim threw a box to the team member standing in between the conveyor and the skate track for manual flow approximately more than 6 feet away. I followed up with Tim and told him what I had observed. I asked Tim why he had thrown the carton to the other team member. Tim responded that the carton was light. I asked Tim if I saw any problem with that. I responded that there was room, but carton was light so he thought he would throw it to his peer. I asked Tim what the condition of the skate track was at the time of the incident. If there was room for additional cartons. Tim responded that there was room on the skate track for additional flow cartons. I explained to Tim that it was unsafe to throw cartons in the DC no matter what the weight of the carton was. I explained to Tim asked Tim what the condition of the skate track was at the time of the incident. If there was room for additional cartons, especially with the congestion of the ART area with 10 team members per set. I asked Tim if he quickly shook his head and said their might not have been room. I told Tim that when I had observed him throwing that carton I had noticed there was room on the skate track for additional flow cartons I explained to Tim that it was unsafe to throw cartons in the DC no matter what the weight of the carton was. I explained to Tim understood why this was an unsafe act he said he did. I asked him to not throw cartons anymore. |
| 05/21/2010 | PNN | Today, 5/19/2010, I approached Tim and conducted an STU in regards to him falling asleep in our Round Table Meeting on 5/18/2010. Tim and 5 other IB TM's were present at the Round Table. I asked the group what items they would like to discuss and noticed that Tim had his eyes closed. One of his peers then snapped their fingers and said, "wake up Tim!" Tim woke up and joined the conversation. The next day I approached Tim and explained that I needed to touch base with him in regards to him sleeping during the RT meeting. Tim immediately apologized and stated that anytime in the slits, he falls asleep. I explained that anytime I'm here at the clock, it was important that he remain engaged in his work. I then elaborated explaining that this included all meetings such as Round Tables, DMAs, and ATMs. Tim said he understood and knew it was inappropriate to sleep. I then explained the negative impacts sleeping while working could have. I explained that it could potentially be a safety issue and also interfere in this case with his overall Job Knowledge as we were discussing relevant information he needed to know. Tim again stated he understood. Finally, I reiterated the expectation that he be alert at all times while working. I also explained that it was unacceptable to sleep while on the clock and could be considered loafing. Tim stated that he understood and stated that it would never happen again. |
| 05/21/2010 | PNN | Today I observed Tim and another team member on an order picker spotted in front of the inbound rework area talking. I noticed them talking while I was on my chariot in Depal and they continued to talk to each other until I approached them. I asked the team members if there was some place they needed to be. Tim responded that there was and he was headed there right then. I followed up with Tim after completing another task. I reminded Tim what I had observed and responded that there was and he was headed there right then. I followed up with Tim after completing another task. I reminded Tim what I had observed and reminded him that I had just had a conversation during his RTP about him remaining focused on his task and working consistently through the shift. I reset the expectation once again for Tim. I told Tim that if I did not see him improve in this area, I would have to partner with HR for corrective action. Today I provided Tim with his RTP with Sonya (IB GL) in attendance. I explained to Tim that he needed improvement in safety, teamwork, productivity, job knowledge |



# TARGET.

**Target Distribution Attendance Tracking**
**Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions**

Period: Custom 06/01/09 - 08/01/10

## Performance Notes

| Date | Perf Note Code | Note |
|---|---|---|
| | | ...and reliability. I explained that he needed to make sure he lifted pallets in ART with his legs and not his back. I explained to Tim that we wanted him to work safe so he could leave the way he came. I told Tim that he talked to peer in ART and expressed that the ART area was congested. I told Tim that he looked frustrated when communicating to a peer. I told him to let me know if had some obstacles in ART because my purpose in ART was to remove obstacles for him. I explained to Tim that I had observed his performance in ART. I told him That I had observed him working for a few minutes at a time and then stand around. I told him that I had observed him stop working and just stand there several times during the shift. I reset the expectation to Tim that he needed to keep a consistent pace in ART and remain focused on his tasks throughout the shift. I told Tim that he had approximately 100 hours out of the building for the rolling year. I told Tim that we relied on him to be at work when scheduled and that he had too many hours out. Tim explained that some of those hours had been benefit time that he had forgotten to mention on the call in line. I explained to Tim that we coded this hours based on his reasoning on the call in line. I told him to make sure he was at work when scheduled and to specify if he was using benefit time when he had to leave. Lastly, I asked Tim what the regulatory topic was as well as the three building focus areas for 2010. Tim explained that he thought one area was FFO, but he was not sure and did not know any other. I explained to Tim what our regulatory topic and explained where he could find them. I also told Tim that Sonya had announced both of those topics during the start up meeting that morning. I explained to Tim that the two things I really wanted him to walk away with were that he needed to be at work when scheduled and he needed to maintain focus on his tasks while keeping a consistent pace throughout the shift. I asked Tim if he understood. Tim said yes he did. I asked Tim if there was anything we could do to help him, he said no. |
| 05/25/2010 | PNN | Today, I noticed Tim leaning against the processing line next to ART line 2 facing ART line 1. The cartons on the ART line were going up the spiral and there were no cartons on the processing line. I approached Tim and responded that he was waiting for the cartons to come down the processing line. I told Tim that we could look at the toggle trailer and see if there was freight we could receive while most of the cartons were coming up on flow on the primary door. I told Tim that I knew there was something he could do besides standing in the area. He told me they were having issues with the cartons stopping at the top of the line. I told him that when he sees that happening to let me know so I can get someone to take a look. I left ART and a few minutes later I observed Tim walking toward the restroom area. I noticed there were two ART bikes in the ART area that he could have taken. I followed up with Tim when he got back. I asked him why he had not taken an Art bike when he left. Tim responded that he needed some air. I asked Tim if he was okay and told him he looked frustrated. He just shook his head and said he wanted to talk to Janine (HR). I told him I would let him know that he wanted to talk to her. I asked Tim if he wanted to let me know what was wrong and he said no. I said ok, I told him that I that in the future I needed him to take the ART bike when he left the ART area because his team needed him in ART. He shook his head back and forth and walked away. |
| 05/28/2010 | PNN | May Contribution Meeting Bottom Performer  Today, 5/28/2010, I had a conversation with Tim in regards to his recent Final Warning that was delivered one week prior. Tim had expressed confusion as to why he was put on Corrective Action for throwing a box within the ART area. I explained that I was informed of this concern surrounding his recent Corrective Action. I then asked him what his concerns were. He replied saying he did not understand why he was put on a Final Warning for throwing a box to his peer. He stated that all Warehouse Workers throw boxes. He also said that people throw boxes all of the time. I explained to Tim that it was unacceptable to throw boxes anywhere in the building. I then asked why he thought it was acceptable behavior. He replied stating he thought it was acceptable because he let the TM know in advance that he was going to throw it. I then explained that I had never seen a TM throw a box in someone used this "common" practice of throwing boxes at one another. Tim could not find an example. I then explained that I had never seen a TM throw a box in the manner he did since my employment with Target. I explained that his behavior was not conducive to a safe working environment and reminded him of the several other pieces of Corrective Action he was on, all relating to safety. Tim said he understood. I then asked Tim why he hadn't expressed concern or asked for clarification during the administration of his CA. He replied stating that every time he expresses his opinion he is written up for having the conversations. I asked him what made him come to that conclusion. He said, because it was true. He explained that when he speaks to his supervisors it ends up resulting in a CA. I then asked what those conversations look like. He replied stating that they generally are surrounding things he needs to improve upon. I then explained that it was important for him to understand that this work performance was not meeting expectations and for that reason, it is likely that conversations result in a CA. I then suggested he begin pro-actively related to his overall performance and need to improve. As such, it might seem as though all conversations result in a CA. I then suggested he begin pro-actively |

9

# TARGET.

**Target Distribution Attendance Tracking**

**Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions**

Period: Custom 06/01/09 - 08/01/10

## Performance Notes

| Date | Perf Note Code | Note |
|------|----------------|------|
| 06/02/2010 | PNN | communicating with his GLs in order to be successful. I encouraged him to have open dialogue with his GLs in order to ensure he understands exactly where he needs to improve. He replied stating that he would begin doing so. |
| 06/02/2010 | PNN | Today I had a make-up meeting for team members that had missed the DMA the day prior. I explained to the team our results for FFQ, the blood-borne pathogen script, and the change in common expectation. I explained how the team the behaviors I expected to see on the floor; working consistently throughout the shift, maintaining 13 inch spacing in ART, and processing reserve out of the toggle trailers. I asked the group of team members if they had any questions. Tim said he had something to say. He told the group that they did not like the change but they would do it because they wanted to keep their jobs. Tim further explained that the problem was that they get talked to about everything and are always told where they need to improve. Tim further explained that if they stopped to talk for a few minutes on the floor, they should not get talked to. I thanked Tim for the feedback and told him that I wanted to let the group know the new expectations before they went to their designated areas. I let the group know what the new expectations were for each mode mix. After we had completed the meeting, I asked Tim if I could talk to him. I told Tim that I thought the comments that he made were negative to the group. I explained to Tim what I had told the rest of the group, which was, we are a team and we need to meet these new expectations together. I asked Tim if he had any particular comments regarding himself to come to me, Christina (SQL), or HR, and provide us with the feedback rather than complaining to the team. Tim responded that he thought he was being positive saying that he will follow the new expectations because they want to keep their jobs. I told Tim that I felt it was negative feedback rather than constructive. I further explained to Tim, that I wanted him to feel comfortable to give us feedback, but that it needed to be constructive feedback that we could work with rather than a complaint that team members are talked to. I asked Tim if he understood what the difference was, he said he understood. I asked Tim in the future if he could help the team out by providing feedback that could help the team improve. He said yes. |
| 06/09/2010 | PNN | 06/09/2010 Today I followed up with Tim. I told Tim that he had gotten a lot of feedback last week and I asked him how he was feeling about the the feedback. He shrugged his shoulders and said he was doing the best he could and if it wasn't enough and he shrugged his shoulder again. I clarified with Tim that he was on a final multiple and any additional conversations in all areas of safety, quality, teamwork, job knowledge, reliability, and productivity would lead to termination. I asked Tim if he understood. He said, yeah, I know. I asked Tim if there was anything he needed from me or any feedback. Tim responded no, that it was his performance. I thanked Tim for taking the time to speak to me. |
| 06/24/2010 | PNN | Today I followed up with Tim after lunch about rotating within the ART set. I approached Tim while he was unloading freight from ART line 2. I asked Tim if he had unloaded during the first half of shift he said he had. I asked Tim if he knew the expectation for rotating in ART. Tim said that they went where they wanted to. I explained to Tim that I needed him to flex within the set from unloading to working the processing line. I explained to Tim that the rotation would be fair if he flexed to different areas along with the rest of the team. I also explained that by flexing to different functions, he would be rotating the positions of his body reducing the risk of injury. Tim said he understood and said he would flex within the ART set going forward. |
| 06/30/2010 | PNN | I observed ART line 4 today and saw the team working at a slow pace w/out a sense of urgency. They did not have pallets pulled out of the toggle trailer and ready to go for the unloaders causing minutes of down time between each pallet, and they did not keep a consistent flow or maintain 13 spacing. I had a STU after noon and let them know what I observed. I showed them the prod for their line and they were at 50% to PE in ART as a direct result of the poor performances I observed. At the EOS this line was at 72% for the day. |
| 06/30/2010 | PNN | Tim came to work at 3:00 for early start OT, however, we did not have OT today. When I arrived at 3:50 he was talking with the Fac Ops GL regarding why nobody else was here. I asked him why he was here and he said he signed up for OT yesterday. I asked him if he called the call-in line to see if OT was approved and he said no; he didn't know he was supposed to. I asked him to clarify what he believes the OT approval process to be. He said that he has never heard of calling the call-in line for approval. He said that in the past, before November 09, he just signed the paper sign-up sheet and that meant he was approved. I verified again that he has never called the call-in line to see if he is flexed up or flexed down or approved for OT and he said he did not and that it must have changed last November. I let him know that I had to change his timecard to reflect a 5:00 a.m. start time and he said that was fine because all he did was sit in the break room and he didn't do any work that he would be expected to be paid for. I let Tim know that the process for any time changes in our operations are put on the call-in line and the expectation is that he will call to check for schedule changes as needed. I asked him if he knew the call-in line number and he said he did. |

10

# TARGET.

**Target Distribution Attendance Tracking**

**Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions**

Period: Custom 06/01/09 - 08/01/10

Performance Notes

| Date | Perf Note Code | Note |
|------|------|------|
| 07/07/2010 | PNN | Today I observed Allison, WHSE GL, having a conversation with Tim Joseph on the manual dock. Allison informed me that she had observed Tim move a HC small pallet from door 431 to 409. I followed up with Tim and told him that Allison had told me about their conversation that day. Tim explained that he had moved a small pallet of HC cartons to help the GPMers out. I asked Tim if he understood why we did not want him to move pallets and stage them approximately 20 doors away from his work area. He said he understood that it was the GPMers job to move the GPMers to move a pallet and spread out the cartons to move the next step of get the area cleared. I explained to Tim that it was unproductive for him to leave this work area. I also reminded Tim of our conversation where I explained that I would have to move to the next step of previous conversations about being out of his work area. I also reminded Tim of our conversation where I explained that I would need to partner and it might lead to the next step corrective action if I did not see improvement in his work area, which might result in termination. I reiterated the expectation that he need to remain focused on his tasks within his work area and call for assistance if needed. He said he understood the expectation. |
| 07/07/2010 | PNN | ABR- I observed Tim J drive an HC S pallet from the fast flow door area to door 409 at 9:40am. I motioned Tim over to where I was on the dock and before I asked a question Tim said, it was an HC s. Tim continued to explain, without a question from me, that he moves single pallets to areas of the dock with more room to help out the GPM team. He also thought that I did not understand how congested the dock can get and how that impacted how well he received. I thanked Tim for his explanation, since that was the situation. I was concerned about. I explained to Tim that it was unreasonable for him to drive more than 20 doors out of his area to GPM a pallet to a different part of the dock and that it was a GPM function to move pallets. I told Tim that it was not helpful to the GPM team to extend the area that they needed to cover, causing unnecessary drive time for the GPMers. I also told Tim that he needed to contact the GPMers, a WH GL or an IB GL if a particular area of the dock needed additional GPM support due to congestion. Tim said that he was trying to be a team player by helping the GPM team. I repeated that his actions were not helpful to our GPMers and was hurting his own performance by taking him far out of his work area and away from his assigned tasks. I told him that the time he spent GPMing needed to be receiving rather than performing the task of a different department. Tim said that he understood and would not move single pallets to a different part of the dock in the future. After the conversation with Tim, I checked the congestion at the dock area where Tim was working. I saw two free lanes between at door 431, where Tim was working fast flow. |
| 07/13/2010 | PNN | I was provided with some feedback on Friday, 07/09/2010, from the second shift GL, Sonya, about approximately 7 pallets built as larges that had to be reworked by second shift. During start up Friday morning I had reminded the B1 team not to build large pallets because we had no locations in the warehouse available for larges. The large pallets that were reworked by second shift were target brand 6 pack toilet paper cartons built 6 cartons to the layer, 3 layers high, making 18 cartons per pallet. The vendor of the load was Georgia Pacific, which are consistently clamp loads. We scanned the pallets IDs and found that Tim was the team member who had received the pallets. I followed up with Tim on our next shift and explained to him the feedback I had received from second shift. Tim said that the pallets in question were detergent cartons that were vendor built. I showed Tim the pallet ID and explained to him that I was talking about the toilet paper pallets he had built on Friday. Tim said oh and that those were vendor built as well. I told Tim that I had not seen the trailer but that the products usually were clamp load trailers. Tim said he had only two options to build the pallets as smalls or larges. I asked Tim if he remembered what I had mentioned at Friday's start up. Tim explained that we should not build large pallets. I explained to Tim that we should be building pallets as medium or small because we could change large and medium locations to medium and small, but we could not change small and medium locations to larges. Tim said he understood the expectation and would build medium and small pallets in the future. |
| 07/27/2010 | CNN | Today, 7/27/10 Tim Joseph was terminated based on an HR investigation where he was yelling at another INB B1 TM on 7/15/10. Tim was yelling at this TM to get their help on the ART lines. This action would warrant a NOB corrective action but Tim was on a FW for Multiple Violations and it resulted in his termination. |

TARGET

Period: Custom 06/01/09 - 08/01/10

Target Distribution Attendance Tracking
Individual Performance Culture Detail (PCD) including Performance Notes and Corrective Actions

**Corrective Actions**

| Eff Date | End Ext Pd | CA Step | Description |
|---|---|---|---|
| 06/22/2009 | 03/29/2010 | C | N/A |
| 04/09/2010 | 04/09/2011 | FW | N/A |
| 05/25/2010 | 05/25/2011 | FW | N/A |
| 05/25/2010 | 05/25/2011 | FW | N/A |

12

## CERTIFICATE OF SERVICE

I am employed in the County of Sacramento, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is OnDemand Legal, Inc., 901 F Street, Suite 110, Sacramento, California 95814.

On October 10, 2014, I served the within:

**DECLARATION OF SUSAN BARRY IN SUPPORT OF DEFENDANTS TARGET CORPORATION'S, DEBBIE HEEKE'S, AND SONYA MOORE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

☒ **PERSONAL SERVICE** - by personally delivering a true and correct copy thereof to the person at the address set forth below, in accordance with Code of Civil Procedure section 1011(a).

☐ **MAIL -** by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ **OVERNIGHT DELIVERY -** by depositing a true and correct copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Norco Delivery Services or delivering to an authorized courier or driver authorized by Norco Delivery Services to receive documents, addressed as set forth below.

☐ **FACSIMILE TRANSMISSION -** by transmitting a true and correct copy by facsimile from facsimile number (916) 341-0141 to the person(s) at the facsimile number(s) set forth below, which transmission was confirmed as complete.  A copy of the transmission record is attached hereto.

☐ **ELECTRONIC MAIL -** by forwarding a true and correct copy thereof by e-mail from e-mail address katie.edwards@jacksonlewis.com to the person(s) at the e-mail address(es) set forth below.

Lynn A Garcia, Esq.
Alexandra Asterlin, Esq.
ANWYL SCOFFIELD & STEPP LLP
3043 Gold Canal Drive, Suite 100
Rancho Cordova, California 95670

**COUNSEL FOR PLAINTIFF TIMOTHY JOSEPH:**

Telephone:  (916) 565-1800
Facsimile:  (916) 565-2374
Email:  lag@anwylaw.com
AAsterlin@anwylaw.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on October 10, 2014 at Sacramento, California.

*Andrew Gilbert*

1