LYNN A. GARCIA, SBN 131196
ALEXANDRA M. ASTERLIN, SBN 221286
ANWYL, SCOFFIELD & STEPP, LLP
Post Office Box 269127
Sacramento, CA 95826-9127
Telephone: (916) 565-1800
Facsimile: (916) 565-2374
Email: lag@anwylaw.com
       aasterlin@anwylaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOSEPH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, DEBBIE HEEKE, SONYA MOORE and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:12-cv-01962-KJM-EFB<br><br>DECLARATION OF CHRISTINE BROWN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS TARGET CORPORATION'S; DEBBIE HEEKE'S AND SONYA MOORE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>Date: November 7, 2014<br>Time: 10:00 a.m.<br>Ctrm: 3 |

I, CHRISTINE BROWN, declare:

1. I make this Declaration of my own personal knowledge and, if called to testify to the matters set forth herein, I could do so competently.

2. I have been employed by Target since October 4, 1994. I am currently employed at the Target Distribution Center in Woodland, California. I am writing this declaration because it is true. However, after my experiences at Target, I am very fearful of being retaliated against for submitting this declaration.

3. I have been employed as a "warehouse worker" for twenty years. However, I have not physically been at work since September 2013 due to a workers' compensation injury.

ANWYL, SCOFFIELD & STEPP LLP

1

Decl. Brown in Support of Opposition to MSJ

2:12-cv-01962-KJM-EFB

4. I knew Timothy Joseph for the entire time he was employed by Target, as I was employed at the Distribution Center before he started working there. I observed Mr. Joseph to be a good worker who was punctual, took appropriate breaks, and completed his job as instructed. From what I observed, Mr. Joseph was rarely in trouble at work prior to his heart attack.

5. I was not present the day Mr. Joseph suffered a heart attack. When Mr. Joseph returned to work following his heart attack, I observed that he had memory issues. In particular, I noticed he had trouble remembering fellow employees' names, even those that he had previously worked with.

6. When Mr. Joseph returned to work following his heart attack, I observed him to be a good worker. Additionally, I thought he seemed to be a happier person than he had been prior to his heart attack.

7. In the 2009-2010 time frame, Sonya Moore, in particular, seemed to focused on the employees she supervised once they had been written up once. In fact, Ms. Moore's reputation in the Distribution Center during this time was that she would focus on employees once she wrote them up until they left the Distribution Center, even if she had to make things up in order to continue the write-ups.

8. Upon his return following his heart attack, from what I observed, Mr. Joseph appeared to be watched more closely by Ms. Moore than he had previously been watched. On occasion, I saw Ms. Moore watching him from the mezzanine level. On other occasions, I saw her hiding behind corners and boxes to watch him.

9. The warehouse is very loud to work in, especially in the receiving area where I worked with Mr. Joseph. Earplugs have been required for the last two years.

17. In the Distribution center, "tossing a box" and "throwing a box" mean the same thing as they are commonly used. I have seen many people throw boxes while they are working and I do not know anyone other than Mr. Joseph who has been written up just for tossing a box.

/ / /

/ / /

/ / /

/ / /

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2014 in Yolo County, California.

_____
CHRISTINE BROWN

ANWYL, SCOFFIELD & STEPP LLP

Decl. Brown in Support of Opposition to MSJ

3

2:12-cv-01962-KJM-EFB