*Timothy Joseph v. Target Corporation, et al. / Case No.* 2:12-cv-01962-KJM-EFB

Plaintiff's **AMENDED** Exhibit List

| **EXHIBIT ID** | **DESCRIPTION** | **BATES NO.** | **OFFERED** | **ADMITTED** |
|---|---|---|---|---|
| 1 | Math Test Answer Sheet – Orientation Review Checklist dated 4/19/1995. | | | |
| 2 | Employee Appraisal 5/19/1995. | | | |
| 3 | Employee Appraisal dated 7/17/1995. | | | |
| 4 | Employee Appraisal dated 4/19/1996. | | | |
| 5 | Employee Appraisal dated 4/12/1997. | | | |
| 6 | Employee Appraisal dated 4/10/1998. | | | |
| 7 | Employee Appraisal dated 5/1/1999 | | | |
| 8 | Employee Appraisal dated 4/16/2000. | | | |
| 9 | Employee Appraisal dated 4/19/2001. | | | |
| 10 | Employee Appraisal dated 4/27/2002. | | | |
| 11 | Employee Appraisal dated 4/19/2003. | | | |
| 12 | Annual Performance Review dated 4/19/2005. | | | |
| 13 | Annual Performance Review, dated 4/19/2006. | | | |
| 14 | Annual Performance Review dated 2/1/2008. | | | |
| 15 | Confidential Corrective Action Report dated 9/16/2008 | | | |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
|  | for employee 8559395. |  |  |  |
| 16 | Letter from Jenine Smith to Timothy Joseph dated 06/11/2009. |  |  |  |
| 17 | Confidential Corrective Action Report dated 7/31/2009 for employee 13498787. |  |  |  |
| 18 | Confidential Corrective Action Report dated 8/15/2009 for employee 36555951. |  |  |  |
| 19 | Counseling and Corrective Action for employee 14152755 dated 9/30/2009. |  |  |  |
| 20 | Workers' Compensation Claim form dated 11/16/2009. |  |  |  |
| 21 | Medical Release Authorization dated 11/16/2009. |  |  |  |
| 22 | Letter to Timothy Joseph from Target Pay & Benefits dated 11/23/2009. |  |  |  |
| 23 | Notice of Denial of Workers' Compensation Benefits dated 11/25/2009. |  |  |  |
| 24 | FMLA Form dated 12/11/2009. |  |  |  |
| 25 | Counseling and Corrective Action for employee 10809432 dated 12/17/2009. |  |  |  |
| 26 | Confidential Corrective Action Report dated 2/26/2010 for employee 11171949. |  |  |  |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 27 | Extension of Corrective Action dated 3/3/2010. | | | |
| 28 | Inbound call-ins for week ending 3/27/2010. | | | |
| 29 | Counseling and Corrective Action for employee 07838410 dated 4/23/2010. | | | |
| 30 | Inbound call ins for week ending 4/24/2010. | | | |
| 31 | Letter to Timothy Joseph from Target Pay & Benefits, dated 4/28/2010. | | | |
| 32 | Patient Care Report dated 4/29/2010. | | | |
| 33 | Medical Release Authorization dated 4/29/2010. | | | |
| 34 | Letter from Kylie Podsakoff dated 4/29/2010 re: temporary Light Duty Assignment. | | | |
| 35 | Letter from Jenine Smith dated 5/7/2010. | | | |
| 36 | Inbound calls for week ending 5/15/2010. | | | |
| 37 | Email from Hewitt to T055.HR dated 5/18/2010. | | | |
| 38 | Counseling and Corrective Action for employee 21636733 dated 5/19/2010. | | | |
| 39 | Email from Debbie Heeke to Jenine Smith dated 5/25/2010. | | | |

*Timothy Joseph v. Target Corporation, et al. / Case No.* 2:12-cv-01962-KJM-EFB

Plaintiff's **AMENDED** Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 40 | Email from Debbie Heeke to Christina Priest re: bottom performers dated 5/26/2010. | | | |
| 41 | Email from Debbie Heeke to Cristina Priest and Joseph Hradetzsy dated 6/2/2010. | | | |
| 42 | Inbound Calls for Week Ending 6/12/2010. | | | |
| 43 | Counseling and Corrective Action for employee 21636733 dated 6/22/2010. | | | |
| 44 | Counseling and Corrective Action for employee 16998841 dated 6/22/2010. | | | |
| 45 | Email from Debbie Heeke to Christina Priest re: bottom performers dated 6/25/2010. | | | |
| 46 | Inbound Calls for week ending 6/26/2010. | | | |
| 47 | Confidential Corrective Action Report dated 6/27/2010 for employee 22878300. | | | |
| 48 | Confidential Corrective Action Report dated 7/3/2010 for employee 38028023. | | | |
| 49 | Confidential Corrective Action Report dated 7/7/2010 for employee 18260968. | | | |
| 50 | Email from Alison Breckenridge to Christina Priest dated 7/8/2010. | | | |
| 51 | Email from Debbie Heeke to Christina Priest re: Performance Statuses dated 7/9/2010. | | | |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 52 | Inbound Call-In for week ending 7/17/2010. | | | |
| 53 | Confidential Corrective Action Report dated 7/18/2010 for employee 50703438. | | | |
| 54 | Inbound Call-In for week ending 7/24/2010. | | | |
| 55 | Team Member Information Packet. | | | |
| 56 | Acknowledgement of Receipt of Termination Appeal Packet dated 7/27/2010. | | | |
| 57 | Performance Culture Detail Report for 6/1/2009-8/1/2010. | | | |
| 58 | Target's Response to EDD dated 8/2/2010. | | | |
| 59 | Termination Review documents dated 8/3/2010. | | | |
| 60 | Request for Review Checklist – Terminating DC dated 8/3/2010. | | | |
| 61 | Request for Review Checklist dated 8/4/2010. | | | |
| 62 | Counseling and Corrective Action for employee 13196860 dated 8/6/2010. | | | |
| 63 | Target 401(k) Summary Plan Description. | | | |
| 64 | Confidential Corrective Action Report dated 10/1/2010 for employee 21083852. | | | |

*Timothy Joseph v. Target Corporation, et al. / Case No.* 2:12-cv-01962-KJM-EFB

Plaintiff's **AMENDED** Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 65 | Counseling and Corrective Action for employee 38028023 dated 10/11/2010. | | | |
| 66 | California Unemployment Insurance Appeals Board Decision dated 11/2/2010. | | | |
| 67 | Tim Joseph Resume. | | | |
| 68 | Nestle Application dated 12/10/2010. | | | |
| 69 | MSI Application dated 12/14/2010. | | | |
| 70 | Welcome to Walgreens dated 12/17/2010. | | | |
| 71 | Counseling and Corrective Action for employee 25419656 dated 1/7/2011. | | | |
| 72 | Counseling and Corrective Action for employee 21083852 dated 2/3/2011. | | | |
| 73 | Confidential Corrective Action Report dated 2/3/2011 for employee 13095278. | | | |
| 74 | DFEH Pre-Complaint Questionnaire – Employment dated 02/16/2011. | | | |
| 75 | Counseling and Corrective Action for employee 56366198 dated 2/28/2011. | | | |
| 76 | Counseling and Corrective Action for employee 56075443 dated 3/6/2011. | | | |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 77 | Confidential Corrective Action Report dated 3/8/2011 for employee 12404604. | | | |
| 78 | Counseling and Corrective Action for employee 45017787 dated 3/12/2011. | | | |
| 79 | Confidential Corrective Action Report dated 3/29/2011for employee 0025707811. | | | |
| 80 | Confidential Corrective Action Report dated 5/6/2011 for employee 261983585. | | | |
| 81 | Confidential Corrective Action Report dated 6/23/2011 for employee 12404604. | | | |
| 82 | Confidential Corrective Action Report dated 9/5/2011 for employee 52796117. | | | |
| 83 | Confidential Corrective Action Report dated 9/23/2011 for employee 10103398. | | | |
| 84 | Confidential Corrective Action Report dated 11/28/2011 for employee 52544624. | | | |
| 85 | List of Terminated Employees from 1/1/2010 to 1/12/2012. | | | |
| 86 | Records of Contact with Sonya Moore dated 3/2/2012. | | | |
| 87 | EEOC Right to Sue Letter dated 5/11/2012. | | | |
| 88 | Counseling and Corrective Action for employee | | | |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
|  | 0050247071 dated 7/1/2012. |  |  |  |
| 89 | Termination Report of Location T0555 from 1/1/2005 to 7/31/2012. |  |  |  |
| 90 | Employee Roster Demographics from 1/1/2005 to 7/31/2012. |  |  |  |
| 91 | Corrective Actions Issued for Unsafe Acts from 1/1/2005 to 7/31/2012. |  |  |  |
| 92 | Corrective Actions Issued for Conduct from 1/1/2005 to 7/31/2012. |  |  |  |
| 93 | Corrective Actions from 1/5/2005 to 7/31/2012 – Team Members with Counseling and no Final Warning. |  |  |  |
| 94 | List of Re-hired Employees. |  |  |  |
| 95 | Corrective Actions Issued from 1/1/2005 to 7/31/2012 (all tms no termed within 12 month period). |  |  |  |
| 96 | Chart of Corrective Actions issued by Moore and Heeke. |  |  |  |
| 97 | Employee Roster with Demographics. |  |  |  |
| 98 | Email from Alexandra Asterlin to Douglas Egbert dated 4/11/2014 at 12:48 p.m. |  |  |  |
| 99 | Email from Douglas Egbert to Alexandra Asterlin dated 4/21/2014 at 3:00 p.m. |  |  |  |
| 100 | Email from Douglas Egbert to Alexandra Asterlin dated 5/15/2014 at 7:58 a.m. |  |  |  |

*Timothy Joseph v. Target Corporation, et al. / Case No.* 2:12-cv-01962-KJM-EFB

Plaintiff's **AMENDED** Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 101 | Email from Alexandra Asterlin to Douglas Egbert dated 5/20/2014 at 8:10 a.m. | | | |
| 102 | Email from Douglas Egbert to Alexandra Asterlin dated 5/20/2014 at 8:43 a.m. | | | |
| 103 | Email from Alexandra Asterlin to Douglas Egbert dated 5/20/2014 at 9:25 a.m. | | | |
| 104 | Email from Douglas Egbert to Alexandra Asterlin dated 5/20/2014 at 10:58 a.m. | | | |
| 105 | Email from James Jones to Alexandra Asterlin dated 5/20/2014 at 10:45 a.m. | | | |
| 106 | Email from James Jones to Alexandra Asterlin dated 5/20/2014 at 11:27 a.m.. | | | |
| 107 | Email from Lynn Garcia to Douglas Egbert dated 6/11/2014 at 4:01 p.m. | | | |
| 108 | Email from Douglas Egbert to Lynn Garcia dated 6/12/2014 at 2:29 p.m. | | | |
| 109 | Email from Alexandra Asterlin to Douglas Ebert dated 6/12/2014 at 2:36 p.m. | | | |
| 110 | Email from Douglas Egbert to Alexandra Asterlin dated 7/14/2014 at 3:26 p.m. | | | |
| 111 | Letter from Douglas Egbert to Lynn Garcia and Alexandra Asterlin dated 8/22/2014. | | | |

*Timothy Joseph v. Target Corporation, et al. / Case No.* 2:12-cv-01962-KJM-EFB

Plaintiff's **AMENDED** Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 112 | Email from Alexandra Asterlin to Douglas Egbert dated 8/25/2014 at 11:08 a.m. | | | |
| 113 | Email from Douglas Egbert to Lynn Garcia and Alexandra Asterlin dated 8/26/2014 at 2:11 p.m. | | | |
| 114 | Email from Alexandra Asterlin to Doug Egbert dated 8/28/2014 at 2:21 p.m. | | | |
| 115 | Email from Douglas Egbert to Alexandra Asterlin dated 8/29/2014 at 8:51 a.m. | | | |
| 116 | Email from James Jones to Alexandra Asterlin dated 8/29/2014 at 12:40 p.m. | | | |
| 117 | Employee and Labor Relations, Multi-Cultural Tips. | | | |
| 118 | List of Target Employees with LOA. | | | |
| 119 | Records Subpoenaed from Aon Hewitt. | | | |
| 120 | Records Subpoenaed from Bunch Care Solutions. | | | |
| 121 | Woodland Memorial Hospital Records. | | | |
| 122 | Woodland Clinic Medical Group Records. | | | |
| 123 | Flying Fish Video. | | | |
| 124 | Plaintiff's earning statements from Target. | | | |

*Timothy Joseph v. Target Corporation, et al. / Case No.* 2:12-cv-01962-KJM-EFB

Plaintiff's **AMENDED** Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 125 | Job Analysis for "Warehouse Worker." | | | |
| 126 | Performance Dialogue. | | | |
| 127 | Shipping Individual Productivity. | | | |
| 128 | Performance Dialogue. | | | |
| 129 | Declaration of Beth DeLima. | | | |
| 130 | Declaration of Robert Allen, M.D. | | | |
| 131 | Report of Robert Allen, M.D. dated 7/15/2014. | | | |
| 132 | Report of Charles R. Mahla, Ph.D., dated 8/5/2014. | | | |